UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRUSTEES OF THE NATIONAL AUTOMATIC SPRINKLER INDUSTRY WELFARE FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>FIREWATER SERVICES, INC., et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. NO.  GLS-18-1682<br>)<br>)<br>)<br>) |

*Approved*
*W.J. Magistrate Judge*
*Gina L. Simms*
*7/1/19*

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

The parties, by and through undersigned counsel, hereby file this Joint Stipulation of Voluntary Dismissal of the instant action against the Defendants, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) for reasons stated as follows.  This action was filed on June 8, 2018 by the Plaintiffs to recover delinquent amounts owed by the Defendants to the Plaintiff Funds. On June 19, 2019, the Defendants Joe A. Gonzales and Beatrice A. Anzaldua filed for Chapter 7 bankruptcy protection in the United States Bankruptcy Court for the Southern District of Texas, Case No. 19-33418.  The Defendant Firewater Services, Inc. is no longer operating and both the assets and liabilities of the corporate Defendant have been included in the personal debtors' bankruptcy schedules.

Dated:  July 1, 2019